# First Department, May Term, 1891.

Caroline J. Cammerer, Respondent, v. Clemens Muller, Appellant. — Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.

Isaac L. Lyons, Appellant, v. Atlanta Hill Gold Mining and Milling Company, Respondents. — Order affirmed, with ten dollars costs and disbursements. Opinion by Lawrence, J.

The Rector, etc., of the Holy Trinity Church, etc., Appellant, v. The Rector, etc., of the Church of St. Stephen, etc., Appellant, and James Blackhurst and others, Respondents.—Order affirmed, with ten dollars costs and disbursements against the plaintiffs. Opinion by Van Brunt, P. J.

William Paine, Appellant, v. Elizabeth W. Aldrich, Respondent, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Daniel A. Higgins, Plaintiff, v. The Mayor, etc., of the City of New York, Defendants. — Judgment ordered for plaintiff on the verdict, with costs. Opinion by Daniels, J.

Louis F. Martin and others. Appellants, v. Eliza Jane Adams and others, Executors, etc., Respondents. — Judgment reversed and new trial ordered, with costs to the plaintiffs to abide the result. Opinion by Daniels, J.

The People of the State of New York ex rel. William L. Taylor v. Charles F. MacLean and others, Commissioners, etc. — Order dismissing the relator affirmed, with costs. Opinion by Daniels, J.

The People of the State of New York ex rel. John W. Cochrane, Administrator, Respondent, v. Michael Coleman and others, Commissioners, etc.— Order affirmed, with costs and disbursements to respondent. Opinion by Lawrence, J.

Daniel B. Childs, Receiver, etc., Plaintiff, v. Edward T. Latham and others, Defendants. — Judgment affirmed, with costs and disbursements. Opinion by Lawrence, J.

The United States National Bank, Respondent, v. Thomas Ewing, Appellant.— Judgment and order affirmed, with costs and disbursements. Opinion by Lawrence, J.

Philip D. Wheatland, Respondent, v. S. Morris Pryor and others, Appellants.— Judgment affirmed, with costs and disbursements. Opinion by Lawrence, J.

George F. Victor and others, Appellants, v. William M. Halstead and others, Respondents.— Order affirmed, with costs and disbursements. Opinion by Lawrence, J.

William S. Williams, Appellant, v. The United States Trust Company of New York, Respondent.— Judgment affirmed, with costs and disbursements. Opinion by Lawrence, J.

Arthur Leary, as Executor, Respondent, v. John H. Melcher and others, as Executors, etc., Appellants.—Order affirmed, with ten dollars costs and disbursements. Opinion by Lawrence, J.

Charles G. Landon and others, Executors, etc., Respondents, v. Mary N. Townsend and others, Appellants.— Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Jacob A. Zimmerman and others, Respondents, v. Christian Jourgenson, Appellant. — Judgment reversed and new trial ordered before another referee, with costs to appellant to abide the event. Opinion by Van Brunt, P. J.

John Colvill and others, Appellants, v. Percy Chubb, Respondent.— Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

National Broadway Bank, in the City of New York, Plaintiff, v. Stephen T. Barker, Defendant. — Order affirmed, with ten dollars costs and the disbursements on the appeal. Opinion by Daniels, J.

In the Matter of the Petition of Matilda and Louisa Myers for an Allowance, etc.— Decrees modified as directed by opinion, and, as modified, affirmed, without costs of the appeals. Opinion by Daniels, J.

Irving Grinnell and ors., Executors, Respondents, v. Roger M. Sherman, Appellant. — Judgment affirmed, with costs. Opinion by Daniels, J.

In the Matter of George W. McLean, Receiver of Taxes, Respondent, v. The Cuper Milling Company, Appellant. — Order affirmed, without costs. Opinion by Daniels, J.

The People of the State of New York ex rel. William E. Demarest, Appellant, v. John J. Gorman, Sheriff, etc., Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

The People of the State of New York v. James A. Barker. — Motion denied upon stipulating to argue in June.

Louisa B. Hasbrouck, as Assignee, etc., of Richard D. Young, v. Emma B. Young. - There is no authority for a motion such as this. Motion denied.

Julius Newwitter, Appellant, v. Maurice Mansell and others, Respondents.-- Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

In the Matter of Application of Charles Sargent v. John J. Gorman, Sheriff, etc.—Order affirmed, with ten dollars costs and disbursements. Opinions by Van Brunt, P. J., and Daniels, J.

Jacob D Nordlinger and others, Appellants, v. Hollins McKim and others, Respondents.— Order affirmed, without costs to the respondents. Opinion by Daniels, J.

Gilbert M. Husted, Appellant, v. Augustus Cruikshank, as Trustee, etc., Respondent.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Samuel Galle, Respondent, v. Adolph Tode, Appellant.— Order reversed and motion denied, without costs. Opinions by Van Brunt, P. J., and Daniels, J.

John Parker and others, Executors, etc., Appellants, v. Mark Lithgoe and others, Respondents.— Motion for restitution denied, as directed in opinion. Opinion Per Curiam.

Charles S. McCulloh, Receiver, etc., Respondent, v. Palliard Non-Magnetic Watch Co., Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

The W. J. Johnston Company (Limited), Appellant, v. The Electric Age Publishing Company, Respondent.— Order affirmed, with ten dollars costs and the disbursements on the appeal to abide the final result of the action. Opinion by Daniels, J.

Adam Dutenhofer, Respondent, v. The Adirondack Railway Company and others, Appellants.— Judgment modified as directed in opinion, and, as modified, affirmed, without costs of the appeal to either party. Opinions by Daniels, J., and Van Brunt. P. J.

Frederick M. Hill, Respondent, v. The Knickerbocker Electric Light and Power Company, Appellant. — Order affirmed, with ten dollars costs and the disbursements on the appeal. Opinion by Daniels, J.

The People of the State of New York, Respondent, v. Abraham Suydam, Appellant.— Judgment affirmed. Opinion by Barrett, J.

The Veterans of the Seventh Regiment, Appellant, v. The Field Officers of the Seventh Regiment and others, Respondents.— Judgment affirmed, with costs and disbursements to the respondents. Opinion by Lawrence, J.

William A. Darling, Jr., Appellant, v. Mary W. Howe, Respondent.— Judgment reversed and new trial ordered, with costs and disbursements to the appellant to abide event. Opinions by Lawrence, J., and Daniels J.

The People of the State of New York, Respondent, v. James Noonan, Appellant.— Judgment affirmed. Opinion by Daniels, J.